**WORTHE HANSON WORTHE & KASKIW, LLP**
400 North Tustin Avenue, Suite 263
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
tworthe@whwkllp.com
gkaskiw@whwkllp.com
TODD C. WORTHE, SBN 177452
GENE K. KASKIW, SBN 351070

Attorneys for Defendant, AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTAL SAGOUSPE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant | CASE NO.: 1:25-cv-00750-KES-BAM<br><br>**ORDER ON STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

After consideration of the stipulation filed by the parties in this action, to continue the Mandatory Scheduling Conference date from September 18, 2025, at 8:30 a.m., to October 17, 2025, the Court hereby grants the stipulation. The Mandatory Scheduling Conference is hereby continued from September 18, 2025, to **October 21, 2025, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with the parties appearing <u>remotely</u> via Zoom video conference. The parties shall file a Joint Scheduling Report at least one week prior to the conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **August 18, 2025**          /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

1

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE