UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTAL SAGOUSPE,

          Plaintiff,

    v.

AMERICAN AIRLINES, INC.,

          Defendants.

Case No.  1:25-cv-00750-KES-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 18)

On April 30, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than May 14, 2026.  (ECF No. 18.)  Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than May 14, 2026.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

    Dated:   **April 30, 2026**

                                  UNITED STATES MAGISTRATE JUDGE