UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANTAL SAGOUSPE, | ) | Case No. 1:25-cv-00750-KES-FJS |
| Plaintiff, | ) ) | ORDER GRANTING PARTIES' JOINT |
| | ) | STIPULATION OF DISMISSAL WITH |
| v. | ) | PREJUDICE |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | (ECF No. 20) |
| Defendant. | ) ) | |
| | ) | |

On May 13, 2026, the parties filed a joint stipulation of dismissal with prejudice pursuant to the Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 20.) In addition, the parties request that the court "retain jurisdiction to interpret and enforce the terms of settlement." (ECF No. 20 at 2.) The court DENIES the parties' request to retain jurisdiction to interpret and enforce the terms of settlement.

Based on the stipulation, the court VACATES all pending dates. This case is deemed dismissed by operation of law and the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  __**May 14, 2026**__                          _____
                                                                    UNITED STATES MAGISTRATE JUDGE